948

APRIL 18, 1949.

*Per Curiam Decisions.*

No. 613. VIATOR *v.* STONE, CHAIRMAN, STATE TAX COMMISSION OF MISSISSIPPI, ET AL. 
 *Per Curiam:* The appeal is dismissed for the reason that the judgment of the court below is based upon a non-federal ground adequate to support it. *Albert Sidney Johnston, Jr.* and *Weaver E. Gore* for appellant. 

No. 649. LONGYEAR HOLDING Co. ET AL. *v.* MINNE-SOTA. 
*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this case. *John B. Putnam, Pierce Butler* and *John A. Hadden* for appellants. *J. A. A. Burnquist,* Attorney General of Minnesota, *George B. Sjoselius,* Deputy Attorney General, and *Wm. C. Green* for appellee. 

No. 680. GULFSTREAM PARK RACING ASSOCIATION, INC. ET AL. *v.* HIALEAH RACE COURSE, INC. ET AL. 
 *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *W. G. Ward* for the Gulfstream Park Racing Assn., Inc.; and *E. Albert Pallot* for the Gables Racing Assn., Inc., appellants. *Lawrence A. Truett* and *William C. Gaither* for appellees.